FILED

03/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0510

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0510

_____

CODY WAYNE JOHNSTON,

Petitioner and Appellant,

v.                                                            O R D E R

STATE OF MONTANA,

Respondent and Appellee.

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure.  After reviewing the Appellant's opening brief filed electronically on March 18, 2022, this Court has determined that the brief's certificate of service does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 10(2) requires that all briefs in criminal cases appealed by the defendant be served on the Attorney General, as well as the correct County Attorney. Appellant's case arose in the Richland County District Court.  The cover page to Appellant's opening brief correctly lists, and provides the address for, Richland County Attorney Janet Christoffersen.  However, the certificate of service provided with Appellant's opening brief indicates that Appellant has mistakenly served Dawson County Attorney Brett Irigoin, in lieu of Ms. Christofferson.

Therefore,

IT IS ORDERED that the Appellant serve a copy of his opening brief on the Richland County Attorney and file an amended certificate of service with this court within fourteen (14) days of the date of this Order.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
March 18 2022